| | |
|---|---|
| 1 | **ERIN J. RADEKIN**<br>**Attorney at Law - SBN 214964**<br>428 J Street, Suite 350<br>Sacramento, California 95814<br>Telephone: (916) 446-3331<br>Facsimile: (916) 447-2988 |

ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DIEP VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>DIEP VU, et al.,<br><br>            Defendants. | 2:10-CR-00284-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon, defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer, defendant Chien Le, by and through his counsel, Michael Chastaine, defendant Tuan Chu, by and through his counsel, Hayes H. Gable, III, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 1, 2011 at 9:00 a.m., and to continue the status conference to January 5, 2012 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

///

1  The reason for this request is that all above-named defense counsel need additional time for
2  defense preparation and plea negotiations. The Court is advised that Mr. Leras concurs with this
3  request and that he, and all defense counsel named above, have authorized Ms. Radekin to sign this
4  stipulation on their behalf.
5  The parties further agree and stipulate that the time period from the filing of this stipulation
6  until January 5, 2012 should be excluded in computing time for commencement of trial under the
7  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
8  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
9  preparation. It is further agreed and stipulated that the ends of justice served in granting the request
10 outweigh the best interests of the public and the defendant in a speedy trial.
11 Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
12 IT IS SO STIPULATED

Dated: November 30, 2011                BENJAMIN WAGNER
                                        United States Attorney

                                   By:      /s/ Todd Leras
                                        TODD LERAS
                                        Assistant United States Attorney

Dated: November 30, 2011                    /s/ Matthew Bockmon
                                        MATTHEW BOCKMON
                                        Attorney for Defendant
                                        NHUNG VU

Dated: November 30, 2011                    /s/ Dina Santos
                                        DINA SANTOS
                                        Attorney for Defendant
                                        HUNG PHAM

Dated: November 30, 2011                    /s/ Mark Reichel
                                        MARK REICHEL
                                        Attorney for Defendant
                                        CUONG LONG

Dated: November 30, 2011                    /s/ David Fischer
                                        DAVID FISCHER
                                        Attorney for Defendant
                                        THUY TRAN

Dated: November 30, 2011            /s/ Michael Chastaine
                                    MICHAEL CHASTAINE
                                    Attorney for Defendant
                                    CHIEN LE

Dated: November 30, 2011            /s/ Hayes H. Gable, III
                                    HAYES H. GABLE, III
                                    Attorney for Defendant
                                    TUAN CHU

Dated: November 30, 2011            /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    DIEP VU

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of December 1, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on January 5, 2012 at 9:00 a.m. The court finds excludable time in this matter through January 5, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-3-