UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　Case No. 2:10-cr-00284

    Plaintiff,

  v.　　　　　　　　　　　　　　　**ORDER FOR RELEASE OF PERSON IN CUSTODY**

LONG BUI,

    Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

    This is to authorize and direct you to release LONG BUI, Case No. 2:10-cr-00284, from custody for the following reasons:

|   |   |
|---|---|
| ____ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $____ |
| ____ | Unsecured Appearance Bond |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Order and Judgment of time served. |

Issued in Sacramento, California on March 8, 2012.

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE