UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00284-04 |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| CHIEN LE, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release CHIEN LE, Case No. 2:10-cr-00284-04, from custody for the following reasons:

    ____    Release on Personal Recognizance

    ____    Bail Posted in the Sum of $____

    ____    Unsecured Appearance Bond

    ____    Appearance Bond with 10% Deposit

    ____    Appearance Bond with Surety

    ____    Corporate Surety Bail Bond

    _X_    (Other): Pursuant to the Court's Order and Judgment of time served.

Issued in Sacramento, California on April 26, 2012.

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE