UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Case No. 2:10-cr-00284-09

    Plaintiff,

  v.   **ORDER FOR RELEASE OF PERSON IN CUSTODY**

TUAN CHU,

    Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release TUAN CHU, Case No. 2:10-cr-00284-09, from custody for the following reasons:

    ____    Release on Personal Recognizance

    ____    Bail Posted in the Sum of $____

    ____    Unsecured Appearance Bond

    ____    Appearance Bond with 10% Deposit

    ____    Appearance Bond with Surety

    ____    Corporate Surety Bail Bond

    _X_    (Other): Pursuant to the Court's Order and Judgment of time served.

Issued in Sacramento, California on April 26, 2012.

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE