DEFENDANT: TUAN ANH CHU
CASE NUMBER: 0972 - 2:10CR00284-09
DISTRICT: Eastern District of California

# STATEMENT OF REASONS
**(Not for Public Disclosure)**

**I  COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

A  X  **The court adopts the presentence investigation report without change.**

B  ☐  **The court adopts the presentence investigation report with the following changes.**
(Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (See page 4 as necessary.)

　1  ☐  **Chapter Two of the Sentencing Guidelines Manual** determinations by court (including changes to the base offense level, or specific offense characteristics).

　2  ☐  **Chapter Three of the Sentencing Guidelines Manual** determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility).

　3  ☐  **Chapter Four of the Sentencing Guidelines Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations).

　4  ☐  **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions).

C  ☐  **The record establishes no need for a presentence report pursuant to Fed. R. Criminal. P. 32.**

**II  COURT FINDINGS ON MANDATORY MINIMUM SENTENCE** (Check all that apply)

A  ☐  No count of conviction carries a mandatory minimum sentence.

B  ☐  Mandatory minimum sentence imposed.

C  X  One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

　　☐  findings of fact in this case
　　☐  substantial assistance (18 § 3553(e))
　　X  the statutory safety valve (18 § 3553(f))

**III  COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES)**

Total Offense Level: 12

Criminal History Category: I

Imprisonment Range: 10 to 16 months

Supervised Release Range: 2 to 5 years

Fine Range: $ 3,000.00 to $ 2,000,000.00

X  Fine waived or below the guideline range because of inability to pay.

DEFENDANT:       TUAN ANH CHU
CASE NUMBER:     0972 - 2:10CR00284-09
DISTRICT:        Eastern District of California

# STATEMENT OF REASONS
**(Not for Public Disclosure)**

**IV    ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one)

    A    X    The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.

    B    ☐    The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.  (See page 4 as necessary.)

    C    ☐    The court departs from the advisory guideline range for reasons authorized by the Sentencing Guidelines Manual.  (Also complete Section V.)

    D    ☐    The court imposed a sentence outside the advisory sentencing guideline system.  (Also complete Section VI.)

**V    DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable)

    A    **The sentence imposed departs** (Check only one):
        ☐ below the advisory guideline range
        ☐ above the advisory guideline range

    B    **Departure based on** (Check all that apply):

        1    **Plea Agreement** (Check all that apply and check reason(s) below):
            ☐ 5K1.1 plea agreement based on the defendant's substantial assistance
            ☐ 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
            ☐ binding plea agreement for departure accepted by the court
            ☐ plea agreement for departure, which the court finds to be reasonable
            ☐ plea agreement that states that the government will not oppose a defense departure motion

        2    **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below):
            ☐ 5K1.1 government motion based on the defendant's substantial assistance
            ☐ 5K3.1 government motion based on Early Disposition or "Fast-track" Program
            ☐ government motion for departure
            ☐ defense motion for departure to which the government did not object
            ☐ defense motion for departure to which the government objected

        3    **Other**
            ☐ Other than a plea agreement or motion by the parties for departure (Check reason(s) below):

    C    **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | 4A1.3 | Criminal History Inadequacy | ☐ | 5K2.1 | Death | ☐ | 5K2.11 | Lesser Harm |
| ☐ | 5H1.1 | Age | ☐ | 5K2.2 | Physical Injury | ☐ | 5K2.12 | Coercion and Duress |
| ☐ | 5H1.2 | Education and Vocational Skills | ☐ | 5K2.3 | Extreme Psychological Injury | ☐ | 5K2.13 | Diminished Capacity |
| ☐ | 5H1.3 | Mental and Emotional Condition | ☐ | 5K2.4 | Abduction or Unlawful Restraint | ☐ | 5K2.14 | Public Welfare |
| ☐ | 5H1.4 | Physical Condition | ☐ | 5K2.5 | Property Damage or Loss | ☐ | 5K2.16 | Voluntary Disclosure of Offense |
| ☐ | 5H1.5 | Employment Record | ☐ | 5K2.6 | Weapon or Dangerous Weapon | ☐ | 5K2.17 | High-Capacity, Semiautomatic Weapon |
| ☐ | 5H1.6 | Family Ties and Responsibilities | ☐ | 5K2.7 | Disruption of Government Function | ☐ | 5K2.18 | Violent Street Gang |
| ☐ | 5H1.11 | Military Record, Charitable Service, Good Works | ☐ | 5K2.8 | Extreme Conduct | ☐ | 5K2.20 | Aberrant Behavior |
| | | | ☐ | 5K2.9 | Criminal Purpose | ☐ | 5K2.21 | Dismissed and Uncharged Conduct |
| ☐ | 5K2.0 | Aggravating or Mitigating Circumstances | ☐ | 5K2.10 | Victim's Conduct | ☐ | 5K2.22 | Age or Health of Sex Offenders |
| ☐ | | Other guideline basis (*e.g.*, 2B1.1 commentary) | | | | ☐ | 5K2.23 | Discharged Terms of Imprisonment |

    D    **Explain the facts justifying the departure**  (See page 4 as necessary.)

DEFENDANT:         TUAN ANH CHU
CASE NUMBER:       0972 - 2:10CR00284-09
DISTRICT:          Eastern District of California

# STATEMENT OF REASONS
**(Not for Public Disclosure)**

**VI   COURT DETERMINATION FOR A SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply)

A   **The sentence imposed is** (Check only one):
☐ below the advisory guideline range
☐ above the advisory guideline range

B   **Sentence imposed is pursuant to** (Check all that apply):

1   **Plea Agreement** (Check all that apply and check reason(s) below):
☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline system

2   **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below):
☐ government motion for a sentence outside of the advisory guideline system
☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

3   **Other**
☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (Check reason(s) below):

C   **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply):

☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 § 3553(a)(1)
☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 § 3553(a)(2)(A))
☐ to afford adequate deterrence to criminal conduct (18 § 3553(a)(2)(B))
☐ to protect the public from further crimes of the defendant (18 § 3553(a)(2)(C))
☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 § 3553(a)(2)(D))
☐ to avoid unwarranted sentencing disparities among defendants (18 § 3553(a)(6))
☐ to provide restitution to any victims of the offense (18 § 3553(a)(7))

D   **Explain the facts justifying a sentence outside the advisory guideline system.** (See page 4 as necessary.)

AO 245B   (Rev. 09/2011) Judgment in a Criminal Case
          Attachment (Page 4) — Statement of Reasons

DEFENDANT: TUAN ANH CHU
CASE NUMBER: 0972 - 2:10CR00284-09
DISTRICT: Eastern District of California

# STATEMENT OF REASONS
**(Not for Public Disclosure)**

**VII  COURT DETERMINATIONS OF RESTITUTION**

- A  **X**  Restitution Not Applicable

- B  Total Amount of Restitution: $ _____

- C  Restitution not ordered (Check only one):

  - 1  ☐  For offenses for which restitution is otherwise mandatory under 18 § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 § 3663A(c)(3)(A).

  - 2  ☐  For offenses for which restitution is otherwise mandatory under 18 § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 § 3663A(c)(3)(B).

  - 3  ☐  For other offenses for which restitution is authorized under 18 § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims under 18 § 3663(a)(1)(B)(ii).

  - 4  ☐  Restitution is not ordered for other reasons (explain below).

- D  ☐  Partial restitution is ordered for these reasons (18 § 3553(c)) (explain below).

**VIII  ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE** (If applicable)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

Deft's Social Security / USM No: None / 19297-097
Defendant's Date of Birth: 05/11/1982
Defendant's Residence Address: Vietnam
Defendant's Mailing Address: Vietnam

Signature of Judge
Date Signed: 4/27/2012
Morrison C. England, Jr., United States District Judge
Name and Title of Judge
Date of Imposition of Judgment: 4/26/2012