DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th St Ste 100
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
THUY TRAN

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THUY TRAN

    Defendant.

2:10-cr-284 MCE

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW THUY TRAN TO HAVE CONTACT WITH CO-DEFENDANT CHIEN LE**

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, counsel for plaintiff, and David D. Fischer, counsel for Thuy Tran, that with regard to defendant Thuy Tran only, that Special Condition of Release #12 be modified such that Ms. Tran be allowed to have contact with co-defendant Chien Le.

Special Condition of Release 12 currently reads "The defendant shall not have any contact with any co-defendants outside of the presence of her attorney;" The parties stipulate that condition 12 be modified to read "The defendant shall not have any

- 1 -

contact with any co-defendants outside the presence of her attorney, except for co-defendant Chien Le. Defendant may have contact with Chien Le;"

Ms. Tran and Mr. Le were a couple before their arrest. Mr. Le was arrested and remained in custody until he was recently released after serving his sentence. AUSA Todd Leras, Pretrial Services Officer Taifa Gaskins, and the defense agree that they should be allowed to have contact with one another now that Mr. Le has been released from custody. Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated: May 16, 2012 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
THUY TRAN

Dated: May 16, 2012 /s/ David D. Fischer for
TODD LERAS
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: May 21, 2012 /s/ Gregory G. Hollows
_____
Magistrate Judge