```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  NHUNG THI VU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-284 MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) | |
| NHUNG THI VU, et al., | ) | Date: July 19, 2012 |
| Defendants. | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, defendant NHUNG THI VU, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, defendant HUNG NGOC PHAM, by and through her counsel, Dina Santos, defendant CUONG THOI LONG, by and through his counsel, Mark Reichel, defendant THUY THI TRAN by and through her counsel David Fischer, and, defendant DIEP HOANG VU, by and through his counsel, Erin Radekin, that the status conference hearing date of Thursday, June 21, 2012, be vacated and a new status conference hearing date of Thursday, July 19, 2012, at 9:00 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation and for ongoing meetings between the parties, with the goal being to resolve the cases by way of disposition. The Court is advised that all parties concur with this request, and have authorized Mr. Bockmon to sign the stipulation on their behalf.

///

It is further stipulated that the time period from the date of this stipulation, June 19, 2012, through and including the date of the new status conference hearing, July 19, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: June 19, 2012　　　　　　　　　　DANIEL BRODERICK
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　 /s/ Matthew C. Bockmon
　　　　　　　　　　　　　　　　　　　　MATTHEW C. BOCKMON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　NHUNG THI VU

Dated: June 19, 2012　　　　　　　　　　 /s/ Matthew C. Bockmon for
　　　　　　　　　　　　　　　　　　　　DINA SANTOS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　HUNG NGOC PHAM

Dated: June 19, 2012　　　　　　　　　　 /s/ Matthew C. Bockmon for
　　　　　　　　　　　　　　　　　　　　MARK REICHEL
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　CUONG THOI LONG

Dated: June 19, 2012　　　　　　　　　　 /s/ Matthew C. Bockmon for
　　　　　　　　　　　　　　　　　　　　DAVID FISCHER
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　THUY THI TRAN

Dated: June 19, 2012　　　　　　　　　　 /s/ Matthew C. Bockmon for
　　　　　　　　　　　　　　　　　　　　ERIN RADEKIN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　DIEP HOANG VU

Dated: June 19, 2012　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　 /s/ Matthew C. Bockmon for
　　　　　　　　　　　　　　　　　　　　TODD LERAS
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | |

For the reasons set forth in the stipulation of the parties, filed on June 19, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, June 21, 2012, be vacated and that the case be set for status conference on **Thursday, July 19, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 19, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, June 19, 2012, through and including July 19, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order  1