DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:             (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
THUY TRAN

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

   v.

THUY TRAN
         Defendant.

CR.S. No. Cr. S-10-284 MCE

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE THE CONDITION REQUIRING THE DEFENDANT TO RESIDE WITH HER ADULT CHILDREN**

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, counsel for plaintiff, and David D. Fischer, counsel for Thuy Tran, that with regard to defendant Thuy Tran only, that Special Condition of Release #4 be modified to no longer require her to reside with her adult children. The parties are asking that Special Condition of Release #4 be modified to read "You shall not move without prior approval of the pretrial services officer." The parties agree that the portion of the condition that currently reads "You shall reside with your daughter and son, Anh and Simon Truong" should be deleted.

Ms. Tran will remain on electronic monitoring. The parties agree that it is no longer necessary for Ms. Tran to reside with her adult children. Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated: July 17, 2012 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
THUY TRAN

Dated: July 17, 2012 /s/ David D. Fischer for
TODD LERAS
Assistant United States Attorney
Counsel for Plaintiff

Having confirmed that the supervising Pretrial Services officer has no objection, the proposed modification of the conditions of release is adopted.

**IT IS SO ORDERED**

Dated: July 18, 2012

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE