| | |
|---|---|
| 1 | DAVID D. FISCHER, SBN 224900 |
| 2 | LAW OFFICES OF DAVID D. FISCHER, APC |
| | 1007 7th St Ste 100 |
| 3 | Sacramento, CA 95814 |
| 4 | Telephone: (916) 447-8600 |
| | Fax: (916) 930-6482 |
| 5 | E-Mail: davefischer@yahoo.com |



FILED

OCT 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorney for Defendant
THUY TRAN

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>THUY TRAN<br>   Defendant. | CR.S. No. Cr. S-10-284 MCE<br><br>STIPULATION AND [~~PROPOSED~~] *Dar?*<br>ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO MODIFY CONDITION #14 TO AUTHORIZE PRETRIAL SERVICES TO TEMPORARILY REMOVE THE DEFENDANT'S ANKLE MONITOR FOR MEDICAL TREATMENT. |

  Ms. Tran was released on conditions and supervised by the Pretrial Services Agency. Special Condition of Release number 14 requires Ms. Tran to be subject to a curfew and have a radio frequency transmitter (ankle monitor) attached to her person. IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, counsel for plaintiff, and David D. Fischer, counsel for Thuy Tran, that with regard to defendant Thuy Tran only, that Special Condition of Release #14 be modified to add a sentence to the last line of the condition that reads "the supervising pretrial services officer is authorized to temporarily remove the radio frequency transmitter

- 1 -

attached to your person for the purpose of medical treatment." Ms. Tran is scheduled to receive medical treatment that requires the monitor to be temporarily removed. Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated: October 25, 2012

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
THUY TRAN

Dated: October 25, 2012

/s/ David D. Fischer for
TODD LERAS
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: 10/25/12

HON. DALE A. DROZD
Magistrate Judge

- 2 -