| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | Matthew C. Bockmon, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | NHUNG THI VU |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-284 MCE |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) | |
| | ) | |
| NHUNG THI VU, et al., | ) | Date: February 21, 2013 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, defendant NHUNG THI VU, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, defendant HUNG NGOC PHAM, by and through her counsel, Dina Santos, defendant CUONG THOI LONG, by and through his counsel, Mark Reichel, defendant THUY THI TRAN by and through her counsel David Fischer, and, defendant DIEP HOANG VU, by and through his counsel, Erin Radekin, that the status conference hearing date of Thursday, January 24, 2013, be vacated and a status conference hearing date be set for Thursday, February 21, 2013, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time for consultation with their clients.

It is further stipulated that the time period from the date of this stipulation, January 23, 2013, through and including the date of the status conference hearing, February 21, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act,

pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: January 23, 2013  
JOSEPH SCHLESINGER  
Acting Federal Defender

*/s/ Matthew C. Bockmon*  
MATTHEW C. BOCKMON  
Assistant Federal Defender  
Attorney for Defendant  
NHUNG THI VU

Dated: January 23, 2013  
*/s/ Matthew C. Bockmon for*  
DINA SANTOS  
Attorney for Defendant  
HUNG NGOC PHAM

Dated: January 23, 2013  
*/s/ Matthew C. Bockmon for*  
MARK REICHEL  
Attorney for Defendant  
CUONG THOI LONG

Dated: January 23, 2013  
*/s/ Matthew C. Bockmon for*  
DAVID FISCHER  
Attorney for Defendant  
THUY THI TRAN

Dated: January 23, 2013  
*/s/ Matthew C. Bockmon for*  
ERIN RADEKIN  
Attorney for Defendant  
DIEP HOANG VU

Dated: January 23, 2013  
BENJAMIN B. WAGNER  
United States Attorney

*/s/ Matthew C. Bockmon for*  
TODD LERAS  
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-284 MCE |
| Plaintiff, | ) |
| v. | ) **PROPOSED ORDER VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| NHUNG THI VU, et al., | ) |
| Defendants. | ) |

For the reasons set forth in the stipulation of the parties, filed on January 23, 2013, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, January 24, 2013, be vacated and that a new status conference hearing be set on **Thursday, February 21, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 23, 2013, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, January 23, 2013, through and including February 21, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

Stipulation/Order   1