1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DIEP VU

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:10-CR-00284-MCE |
| v. | |
| | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DIEP VU, et al., | |
| Defendants. | |

18                            **STIPULATION**

19     Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Todd Leras, defendant Hung Pham, by and through her counsel, Dina Santos, and

21  defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the

22  date set for status conference, April 11, 2013 at 9:00 a.m., and to continue the status conference to

23  May 9, 2013 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

24     The reason for this request is that all above-named defense counsel are still engaged in plea

25  negotiations with the government and other defense preparation.  The general terms of the agreement

26  have been negotiated and the parties contemplate plea agreements will be in final form soon.

27  Additional time is needed to discuss the terms of the agreements with defendants as well.  The Court

28  is advised that Ms. Santos and Mr. Leras concur with this request and have authorized Ms. Radekin

    to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until May 9, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 9, 2013                             BENJAMIN WAGNER
                                                 United States Attorney

                                                 By:      /s/ Todd Leras
                                                 TODD LERAS
                                                 Assistant United States Attorney

Dated: April 9, 2013                                  /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
                                                 Attorney for Defendant
                                                 DIEP VU

Dated: April 9, 2013                                  /s/ Dina Santos
                                                 DINA SANTOS
                                                 Attorney for Defendant
                                                 HUNG PHAM

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of April 11, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on May 9, 2013 at 9:00 a.m. The court finds excludable time in this matter through May 9, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Date: April 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE