HUNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  Case No. 2:10-cr-00284-MCE

       Plaintiff,  **ORDER FOR RELEASE OF PERSON IN CUSTODY**
  v.

NHUNG VU,

       Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release NHUNG VU, Case No. 2:10-cr-00284-MCE, from custody for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

    ___    Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _X_    (Other): Pursuant to the Court's Judgment and Sentence of Time Served.

Issued at Sacramento, California on May 16, 2013 at 10:19 a.m.

Dated: May 16, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE