```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   Hung Pham
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0284 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME (Amended) |
| HUNG PHAM, | ) |
| Defendants. | ) Date  June 27, 2013 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Hung Pham; that the status conference scheduled for June 13, 2013, be vacated and the matter be continued to this Court's criminal calendar on June 27, 2013, at 9:00 a.m. for further status and possible change of plea.

This continuance is requested by the defense in order to permit Counsel for Mr. Pham time to address some possible changes to a recently proposed plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 27, 2013 date, and that Mr. Leras has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: June 12, 2013  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Hung Pham

Dated: June 12, 2013  /S/ Todd Leras
TODD LERAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

In accordance with the foregoing stipulation, and good cause appearing, the status conference in this matter is hereby continued from June 13, 2013 to June 27, 2013 at 9:00 a.m. in Courtroom No. 7.

**IT IS SO ORDERED.**

Date: June 19, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order 2